| Information to identify the case: | | |
|---|---|---|
| Debtor | **HMAGC, Inc.** <br> Name | EIN: 27–0510331 |
| United States Bankruptcy Court   Western District of Texas | | Date case filed for chapter:   7   4/7/26 |
| Case number:   26–30497–cgb | | |

# AMENDED

**To reflect new Trustee appointment and new ZOOM 341 meeting information.**

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline            10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | HMAGC, Inc. | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 5622 E. Paisano Dr. <br> El Paso, TX 79925 | |
| **4. Debtor's attorney** <br> Name and address | Carlos A. Miranda <br> Miranda & Maldonado, P.C. <br> 5915 Silver Springs <br> Bldg. 7 <br> El Paso, TX 79912 | Contact phone (915) 587–5000 <br><br> Email: cmiranda@eptxlawyers.com |
| **5. Bankruptcy trustee** <br> Name and address | Ron Satija <br> PO Box 660208 <br> Austin, TX 78766 | Contact phone (512) 733–1311 <br><br> Email: rsatija@haywardfirm.com |
| **6. Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. See Court website for electronic filing information: www.txwb.uscourts.gov. | 511 E. San Antonio Ave., Rm. 444 <br> EL PASO, TX 79901 | Hours open Monday – Friday 8:00 AM – 4:00 PM <br><br> Contact phone (915) 779–7362 <br><br> Date: 5/5/26 |
| **7. Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **May 11, 2026 at 01:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Zoom video meeting: Go to Zoom.us/join, Enter Meeting ID 357 925 8317, Passcode, 9045283217 or call (737) 279–4747** <br><br> For additional meeting information go to www.justice.gov/ust/moc |
| **8. Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have | |

any questions about your rights in this case.

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                    page **1**

United States Bankruptcy Court

Western District of Texas

In re:

HMAGC, Inc.

      Debtor

Case No. 26-30497-cgb

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0542-3

Date Rcvd: May 05, 2026

User: admin

Form ID: 309C

Page 1 of 2

Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | HMAGC, Inc., 5622 E. Paisano Dr., El Paso, TX 79925-3334 |
| 19168690 | + | Estate of Arturo Martinez, c/o Scherr Legate, 420 E. San Antonio Ave., 2nd Floor, El Paso, TX 79901-2422 |
| 19168691 | + | Gabriel Gonzalez, 12528 Sun Flare Dr., El Paso, TX 79938-4453 |
| 19168693 | ++ | J AND J SPORTS PRODUCTIONS INC, 950 SOUTH BASCOM AVENUE, STE 3010, SAN JOSE CA 95128-3539 address filed with court:, J&J Sports Productions, Inc., 2380 South Bascom Ave., Suite 200, Campbell, CA 95008 |
| 19168696 | + | The Korn Diaz Firm, 4221 Avondale Ave., Dallas, TX 75219-3114 |
| 19168699 | | United States Trustee's Office, 615 E. Houston, Ste. 533, P.O. Box 1539, San Antonio, TX 78295-1539 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: cmiranda@eptxlawyers.com | May 06 2026 00:00:00 | Carlos A. Miranda, Miranda & Maldonado, P.C., 5915 Silver Springs, Bldg. 7, El Paso, TX 79912 |
| tr | + | EDI: FRSATIJA.COM | May 06 2026 03:50:00 | Ron Satija, PO Box 660208, Austin, TX 78766-7208 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | May 06 2026 00:01:00 | United States Trustee - EP12, U.S. Trustee's Office, 615 E. Houston, Suite 533, San Antonio, TX 78295-1601 |
| 19168692 | | EDI: IRS.COM | May 06 2026 03:50:00 | Internal Revenue Service, Centralized Insolvency Office, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 19168694 | | Email/Text: pacer@cpa.state.tx.us | May 06 2026 00:01:00 | Texas Comptroller of Public Accounts, Revenue Accounting Div - Bankruptcy Sect, P.O. Box 13528, Austin, TX 78711-3528 |
| 19168695 | + | Email/Text: collections.pacer@twc.texas.gov | May 06 2026 00:01:00 | Texas Workforce Commission, TWC Building - Regulatory Integrity Divi, 101 East 15th Street, Austin, TX 78778-0001 |
| 19168697 | + | Email/Text: lrsc.legal@sba.gov | May 06 2026 00:01:00 | U.S. Small Business Administration, Little Rock Commercial Loan Servicing, Center 2120 Riverfront Drive, Suite 100, Little Rock, AR 72202-1794 |
| 19168700 | + | Email/Text: USATXW.BankruptcyNotices@usdoj.gov | May 06 2026 00:01:00 | US Attorney, Civil Process Clerk, Department of Justice, 601 N. W. Loop 410, Suite 600, San Antonio, TX 78216-5512 |
| 19168698 | ^ | MEBN | May 05 2026 23:55:58 | United States Attorney General, Department of Justice, 950 Pennsylvania Ave., N.W., Washington, DC 20530-0009 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2026                     Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aldo Lopez | alopeztrustee@gmail.com  al@trustesolutions.net;mlara@raylaw.com |
| Carlos A. Miranda | on behalf of Debtor HMAGC  Inc. cmiranda@eptxlawyers.com, wendy@eptxlawyers.com |
| Ron Satija | rsatija@haywardfirm.com  szeigler@fsscommerce.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.com;laura@satijatrustee.com |
| United States Trustee - EP12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 4